Washington, D. C., was on the brief, for appellees.

Messrs. Albert Brick and Samuel Intrater, Washington, D. C., entered appearances for appellee Mary E. Seaman Harris.

Before EDGERTON, Chief Judge, and PRETTYMAN and BURGER, Circuit Judges.

PER CURIAM.

This appeal involves orders of the District Court fixing the compensation of a receiver appointed by it, and directing payment of the compensation fixed. We find no error.

Affirmed.

Mr. Lewis Carroll, Asst. U. S. Atty., also entered an appearance for appellees.

Before WILBUR K. MILLER, WASHINGTON and DANAHER, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed on the basis of the opinion of Judge Burnita Shelton Matthews in Gyakum v. Seaton, D.C.1957, 162 F.Supp. 885.

Affirmed.

**John A. GYAKUM, Appellant,**

**v.**

**Fred A. SEATON, Secretary of the Interior, et al., Appellees.**

**No. 14323.**

United States Court of Appeals District of Columbia Circuit.

Argued June 9, 1958.

Decided June 19, 1958.

Mr. Bernard Margolius, Washington, D. C., with whom Messrs. Carleton U. Edwards, II, and Ralph H. Deckelbaum, Washington, D. C., were on the brief, for appellant.

Mr. Donald L. Young, Atty., Dept. of Justice, of the bar of the Supreme Court of Wyoming, pro hac vice, by special leave of Court, with whom Assistant Attorney General George Cochran Doub, Messrs. Oliver Gasch, U. S. Atty., E. Riley Casey, Asst. U. S. Atty., and Morton Hollander, Atty., Dept. of Justice, were on the brief, for appellees.

**PROGRESSIVE BUILDERS, Inc.,**
**Appellant,**

**v.**

**DISTRICT OF COLUMBIA, Appellee.**

**DISTRICT OF COLUMBIA, Appellant,**

**v.**

**PROGRESSIVE BUILDERS, Inc.,**
**Appellee.**

**Nos. 14107, 14108.**

United States Court of Appeals District of Columbia Circuit.

Argued May 16, 1958.

Decided June 26, 1958.

Certiorari Denied Nov. 10, 1958.

See 79 S.Ct. 122.

